BENJAMIN P. LAMBERTSON, Respondent, v. GEORGE W. VAN BOSKERCK and another, Appellants.

*Order of arrest — when granted — tort — waiver of — estoppel.*

The defendants having been directed to purchase, with money of the plaintiff then in their hands, $4,000 of United States bonds, wrote to the plaintiff's agents advising them of the purchase and the cost attending it. *Held*, that this letter operated as an estoppel upon the defendants, and prevented them from thereafter denying that they had purchased the bonds as therein stated.

After the alleged conversion of the bonds, defendants paid a part of the claim made for their value. *Held*, that the receipt of this money did not waive the tort or absolve the wrong-doer from the consequences of his wrongful act (*Murray* v. *Burling*, 10 Johns., 172; Sedg. on Dam., 492; *Reynolds* v. *Shuler*, 5 Cow., 323; *Hibbard* v. *Stewart*, 1 Hilt., 207; *Burns* v. *Morris*, 4 Tyrw., 485; 2 Greenl. on Ev., 639; *Robbins* v. *Seithel*, 20 How., 366; *Person* v. *Civer*, 29 id., 432), but merely operated in mitigation of the damages to be given.

Appeal from an order made at the Special Term, denying a motion to vacate an order of arrest.

*Theo. F. Miller*, for the appellants.

*Seargent P. Stearns*, for the respondent.

Opinion by Brady, J.

Davis, P. J., and Daniels, J., concurred.

Order affirmed with ten dollars costs besides disbursements.